UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DONNA M. HAMMOND, | |
| Plaintiff, | Case No. 1:16-cv-10992 |
| v. | Honorable Judge Andrea R. Wood |
| SELENE FINANCE, LP | |
| Defendant. | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES the Plaintiff, DONNA M. HAMMOND ("Plaintiff"), by and through her attorneys, SULAIMAN LAW GROUP, LTD., and, in support of her Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to settlement and Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses her claims against the Defendant, SELENE FINANCE, LP, with prejudice. Each party shall bear its own costs and attorney fees.

Dated: February 1, 2017

Respectfully Submitted,

/s/ Omar T. Sulaiman
Omar T. Sulaiman
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
Phone (630)575-8181
Fax: (630)575-8188
osulaiman@sulaimanlaw.com